# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Patricia Fore, Employee, Petitioner,

v.

Griffco of Wampee, Inc., Employer, and Chartis Claims, Inc., Carrier, Respondents.

Appellate Case No. 2014-002039

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from The Workers' Compensation Commission

---

Opinion No. 27588
Heard October 20, 2015 – Filed November 12, 2015

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Stephen B. Samuels, of Samuels Law Firm, LLC, and Peter P. Leventis, IV, of McKay Cauthen Settana & Stubley, PA, both of Columbia, for Petitioner.

James H. Lichty, of Columbia, and Helen F. Hiser, of Mt. Pleasant, both of McAngus Goudelock & Courie, LLC, for Respondents.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' opinion in *Fore v. Griffco of Wampee, Inc.*, 409 S.C. 360, 762 S.E.2d 37 (Ct. App. 2014). We now dismiss the writ of certiorari as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**

---

[1] Accordingly, pursuant to the court of appeals' opinion, this matter is remanded to the Workers' Compensation Commission for a redetermination of Patricia Fore's benefits with express direction to consider Tony Owens' testimony and for Garry Smith's letter to be removed from Fore's public file.